No. 192. SOUTHERN PACIFIC Co. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Wm. R. Harr* and *Charles H. Bates* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch, George C. Butte,* and *Louis R. Mehlinger* for the United States.

No. 194. HEBERT *v.* FIRST NATIONAL BANK OF ABBEVILLE. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Charles A. McCoy* for petitioner. *Mr. Philip S. Pugh* for respondent.

No. 195. WOODLIFF *v.* CITIZENS BUILDING & REALTY Co. ET AL. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Richard S. Woodliff, pro se,* for petitioner. *Mr. Larry S. Davidow* for respondents.

No. 196. CHICAGO, ROCK ISLAND & PACIFIC R. Co. *v.* TALBERT. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. M. L. Bell, W. F. Dickinson, Luther Burns, Henry S. Conrad, L. E. Durham,* and *Thomas P. Littlepage* for petitioner. *Mr. Horace Guffin* for respondent.

No. 197. PUBLIC SERVICE COMMISSION OF INDIANA ET AL. *v.* VINCENNES WATER SUPPLY Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Arthur L.*